Frank DAVIS, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

May 6, 1941.

C. B. Upton for movant.

Hubert Meredith, Attorney General, and Harry D. France, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

KENTUCKY UTILITIES COMPANY, Movant, v. Lin M. MOUNTJOY, Opposed.

Court of Appeals of Kentucky.

May 6, 1941.

T. M. Galphin and Gordon, Laurent, Ogden & Galphin for movant.

Ollie J. Bowen, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

Rosena W. BRADSHAW, Movant, v. SORRENTO RESTAURANTS, Opposed.

Court of Appeals of Kentucky.

May 13, 1941.

Wheeler & Shelbourne for movant.

Alexander & Reed, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.